UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>$1,071,251.44 OF FUNDS ASSOCIATED WITH MINGZHENG INTERNATIONAL TRADING LIMITED;<br><br>$347,446.93 OF FUNDS ASSOCIATED WITH MINGZHENG INTERNATIONAL TRADING LIMITED;<br><br>$42,632.00 OF FUNDS ASSOCIATED WITH MINGZHENG INTERNATIONAL TRADING LIMITED;<br><br>$30,258.00 OF FUNDS ASSOCIATED WITH MINGZHENG INTERNATIONAL TRADING LIMITED;<br><br>$253,638.25 OF FUNDS ASSOCIATED WITH MINGZHENG INTERNATIONAL TRADING LIMITED; AND<br><br>$157,749.07 OF FUNDS ASSOCIATED WITH MINGZHENG INTERNATIONAL TRADING LIMITED;<br><br>        Defendants. | Case No. 17-cv-01166 (KBJ) |

## **AFFIDAVIT IN SUPPORT OF DEFAULT**

1.     I am the attorney of record for the plaintiff United States of America in the above-captioned case.

2.     This declaration is executed by me in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, for the purpose of enabling the plaintiff to obtain an entry of default

against the above captioned defendants, as no potential claimants have claimed an interest or otherwise defended the action.

3. The plaintiff commenced this forfeiture action *in rem* against the defendant properties by filing a verified complaint for forfeiture on June 14, 2017. *See* ECF No. 1.

4. The government gave notice of this action to all known potential claimants pursuant to the procedures set forth in Rule G(4) of the Supplemental Rules For Admiralty Or Maritime Claims and Asset Forfeiture Actions. Supplemental Rule G(4)(b) requires the government to "send notice of the action and a copy of the complaint to any person who reasonably appears to be a potential claimant. FED. R. CIV. P. SUPP. R. G(4)(b).

5. The government identified potential claimants in the People's Republic of China, the United Kingdom, and Switzerland. The government subsequently engaged with U.S. law enforcement officials to effect service consistent with each foreign country's laws. The United Kingdom and China permitted direct mail service. The government sent notice to the parties in these countries on July 19, 2017 and August 9, 2017. Swiss authorities required notice via an official Mutual Legal Assistance Treaty request. On or about November 13, 2017, the government sent a translated Mutual Legal Assistance Treaty request to the Swiss authorities asking for the delivery of a notice packet. Swiss authorities provided direct notice to the last remaining potential claimant on or about December 6, 2017. The deadline to file a claim based on direct notice has passed without any of these parties filing a claim.

6. Supplemental Rule G(4)(a) also requires the government to publish notice of the forfeiture "to an official internet government forfeiture site for at least 30 consecutive days." FED. R. CIV. P. SUPP. R. G(4)(a)(iv)(C). On September 25, 2017, the government began posting such notice on an internet site, http://www.forfeiture.gov, for 30 consecutive days. Any verified claim

in response to the notice by internet publication had to be filed no later than November 23, 2017. *See* FED. R. CIV. P. SUPP. R. G(5)(a)(ii)(B); Decl. Publication at ECF 4.

7. No party may contest the government's allegation that the defendant property is subject to forfeiture, because: (1) there is no claim on the record to any of the defendant properties; (2) the time for filing a claim has expired, and no extensions of time were given, and (3) no person who reasonably appeared to be a potential claimant is an infant or incompetent person.

8. Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

9. The Clerk is requested to enter Default against the defendant properties and all parties that might have an interest in it.

10. Executed this 30th day of January, 2018, by undersigned counsel for plaintiff the United States of America.

Respectfully submitted,

JESSIE K. LIU,
UNITED STATES ATTORNEY

By:     /s/
Zia M. Faruqui, D.C. Bar No. 494990
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-7117
zia.faruqui@usdoj.gov