UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>$1,071,251.44 OF FUNDS ASSOCIATED WITH MINGZHENG INTERNATIONAL TRADING LIMITED;<br><br>$347,446.93 OF FUNDS ASSOCIATED WITH MINGZHENG INTERNATIONAL TRADING LIMITED;<br><br>$42,632.00 OF FUNDS ASSOCIATED WITH MINGZHENG INTERNATIONAL TRADING LIMITED;<br><br>$30,258.00 OF FUNDS ASSOCIATED WITH MINGZHENG INTERNATIONAL TRADING LIMITED;<br><br>$253,638.25 OF FUNDS ASSOCIATED WITH MINGZHENG INTERNATIONAL TRADING LIMITED; and<br><br>$157,749.07 OF FUNDS ASSOCIATED WITH MINGZHENG INTERNATIONAL TRADING LIMITED;<br><br>        Defendants. | Civil Action No. 1:17-01166 |

## **WARRANT FOR ARREST *IN REM***

TO:   THE UNITED STATES MARSHAL'S SERVICE AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

1

WHEREAS a Verified Complaint for Forfeiture *In Rem* has been filed in the United States District Court for the District of Columbia, on the 14th day of June, 2018, alleging that the defendant properties are subject to seizure and forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1);

YOU ARE, THEREFORE, HEREBY COMMANDED to serve the defendant properties, thus bringing, within the jurisdiction of the Court, the said defendant property, more fully described as:

**$1,071,251.44 OF FUNDS ASSOCIATED WITH MINGZHENG INTERNATIONAL TRADING LIMITED;**

**$347,446.93 OF FUNDS ASSOCIATED WITH MINGZHENG INTERNATIONAL TRADING LIMITED;**

**$42,632.00 OF FUNDS ASSOCIATED WITH MINGZHENG INTERNATIONAL TRADING LIMITED;**

**$30,258.00 OF FUNDS ASSOCIATED WITH MINGZHENG INTERNATIONAL TRADING LIMITED;**

**$253,638.25 OF FUNDS ASSOCIATED WITH MINGZHENG INTERNATIONAL TRADING LIMITED; and**

**$157,749.07 OF FUNDS ASSOCIATED WITH MINGZHENG INTERNATIONAL TRADING LIMITED;**

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed, unless, pursuant to Rule G(3)(c)(ii)(A) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the defendant properties are in the government's possession, custody, or control.

Dated: April 25, 2018

**ANGELA D. CAESAR**

_____
Clerk of the Court



By: _____
       Deputy Clerk