# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | Civil Action No. 17-cv-1166 (KBJ) |
| ) | |
| $1,071,251.44 OF FUNDS ASSOCIATED ) | |
| WITH MINGZHENG INTERNATIONAL ) | |
| TRADING LIMITED;   ) | |
| ) | |
| $347,446.93 OF FUNDS ASSOCIATED ) | |
| WITH MINGZHENG INTERNATIONAL ) | |
| TRADING LIMITED;   ) | |
| ) | |
| $42,632.00 OF FUNDS ASSOCIATED ) | |
| WITH MINGZHENG INTERNATIONAL ) | |
| TRADING LIMITED;   ) | |
| ) | |
| $30,258.00 OF FUNDS ASSOCIATED ) | |
| WITH MINGZHENG INTERNATIONAL ) | |
| TRADING LIMITED;   ) | |
| ) | |
| $253,638.25 OF FUNDS ASSOCIATED ) | |
| WITH MINGZHENG INTERNATIONAL ) | |
| TRADING LIMITED; AND   ) | |
| ) | |
| $157,749.07 OF FUNDS ASSOCIATED ) | |
| WITH MINGZHENG INTERNATIONAL ) | |
| TRADING LIMITED;   ) | |
| ) | |
| Defendants.   ) | |
| ) | |
| ) | |

## ORDER ADOPTING REPORT & RECOMMENDATION
## OF MAGISTRATE JUDGE

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Magistrate Judge G. Michael Harvey's [20] Report and

Recommendation is **ADOPTED** in its entirety.  It is

**FURTHER ORDERED** that Plaintiff's [15] Motion for Default Judgment is

**GRANTED** and an order of forfeiture against Mingzheng totaling $1,902,975.69 shall

issue.

DATE:  August 15, 2018                         *Ketanji Brown Jackson*
                                               KETANJI BROWN JACKSON
                                               United States District Judge